# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Jose Luis Beltran          **Docket Number:**   0972 1:16CR00012

**Name of Judicial Officer**:     United States District Judge Lawrence J. O'Neill

**Date of Original Sentence:**   12/18/2015

**Original Offense:** 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. 2 Bringing in Illegal Aliens Without Presentation and Aiding and Abetting  (CLASS C FELONY)

**Original Sentence:** 114 days Bureau of Prison (Time Served); 3 years Supervised Release; No Weapons; Mandatory Drug Testing; DNA

**Special Conditions:**

Warrantless Search
Drug/Alcohol Treatment
Drug/Alcohol Testing
Mental Health Treatment
Residential Reentry Center (6 months punitive)
Aftercare Co-payment
Travel Restrictions
Report All Vehicles

**Type of Supervision:**     TSR

**Date Supervision Commenced:**     12/18/2015

**Other Court Actions:**

**02/01/2016**:     Transfer of Jurisdiction accepted by the Eastern District of California from the Southern District of California.

PROB 12B
(08/13)

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1.  The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer.

**Justification:**  On February 3, 2016, an email was received from the federal counselor at the Turning Point Residential Reentry Center advising the day prior the defendant was found in the room of a state parole resident, in violation of facility rules.  Staff noted the room smelled of smoke.  A urine sample was obtained by staff from the defendant which tested positive for K2/"spice."

The probation officer made contact with the defendant that evening at the residential reentry center at which time he admitted use of the drug.  He said he was "stressed out" because he had not yet met with a mental health counselor.  The state parole resident told the defendant "spice" had the same effect as marijuana but could not be detected in a drug test.  The probation officer admonished the defendant as to his association with felons and use of a controlled substance and reinstructed him as to both conditions of supervision.  In response to the violation conduct, the probation officer referred the defendant for twice monthly substance abuse counseling in addition to the twice monthly mental health counseling and psychiatric evaluation which were requested in January 2016, but had not yet been accomplished by the contract provider.  In addition, the probation officer previously discussed with the defendant participating in cognitive behavioral treatment, to which he consented and signed Probation Form 49.  It is requested the condition be added at this time and the probation officer will also refer him for that treatment. Finally, the probation officer advised the defendant that continued association with felons or use of controlled substances could result in the filing of a Petition with the Court.

Respectfully submitted,
**/s/ Julie R. Martin**

**JULIE R. MARTIN**
**United States Probation Officer**
Telephone: 661-321-3817

**DATED:**   2/5/2016

PROB 12B
(04/13)

Reviewed by,
**/s/ Lonnie E. Stockton**

---

**LONNIE E. STOCKTON**
**Supervising United States Probation Officer**

## THE COURT ORDERS:

☒  Modification approved as recommended.

IT IS SO ORDERED.

Dated:   **February 5, 2016**            **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: To be assigned

Defense Counsel: To be assigned

PROB 12B
(04/13)