IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSE LUIS BELTRAN,<br><br>　　　　Defendant. | Case No.:  1:16-CR-00012-001 LJO<br><br>ORDER OF RELEASE |

　　　The above named defendant having been sentenced on June 6, 2016, to Time Served, as of June 7, 2016.

　　　IT IS HEREBY ORDERED that the defendant shall be released to the United States Federal Probation Officer, Julie Martin, on Tuesday, June 7, 2016 at 10:00am.

　　　A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

　　　Dated:   **June 6, 2016**　　　　　　　　　　 /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE